UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

LIVERPOOL CARTING CO., INC.,

                                Plaintiff,  <u>ORDER OF DISMISSAL</u>

                                           CV 2005-3558 (ARR)(MDG)

  - against -

INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
ETC., <u>et</u> <u>ano</u>,

                                Defendant.

- - - - - - - - - - - - - - - - - - - X

The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within sixty days of the date of this Order.

Dated:  Brooklyn, New York
        October 11, 2005

                                                 ALLYNE R. ROSS
                                                 UNITED STATES DISTRICT JUDGE